HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

## UNITED STATES DISTRICT COURT
for the
District of Hawaii

COUNTY OF MAUI

_Plaintiff_

v.

MAUI ELECTRIC COMPANY, LIMITED et al.,

_Defendant_

Case No. CV 23-00565 JAO-BMK

### MOTION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| | |
|---|---|
| Name of Attorney: | John P. Fiske |
| Firm Name: | Baron & Budd, P.C. |
| Firm Address: | 11440 W Bernardo Ct Suite 265, San Diego, CA 92127 |
| Attorney CM/ECF Primary email address: | jfiske@baronbudd.com |
| Firm Telephone: | (858) 225-7200 |
| Firm Fax: | (214) 523-6600 |
| Party Represented: | Plaintiff, COUNTY OF MAUI |
| Name/Address of Local Counsel | Cronin, Fried, Sekiya, Kekina & Fairbanks<br>L. Richard Fried, Jr. Esq., Patrick F. McTernan Esq.<br>841 Bishop Street, Suite 600, Honolulu, Hawai'i 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

12/14/23
Dated:

_[Signature]_
Signature*

PATRICK F. McTERNAN
(Print name if original signature)

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.