IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COUNTY OF MAUI<br><br>Plaintiff,<br><br>vs.<br><br>MAUI ELECTRIC COMPANY, LIMITED et al.,<br><br>Defendant. | Case. No. CV 23-00565 JAO-BMK<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO John P. Fiske |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of John P. Fiske to Appear Pro Hac Vice.

| Name of Attorney: | John P. Fiske |
|---|---|
| Firm Name: | Baron & Budd, P.C. |
| Firm Address: | 11440 W Bernardo Ct Suite 265, San Diego, CA 92127 |
| Attorney CM/ECF Primary email address: | jfiske@baronbudd.com |
| Firm Telephone: | (858) 225-7200 |
| Party Represented | Plaintiff, COUNTY OF MAUI |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, _____