HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

|  |  |
|---|---|
| COUNTY OF MAUI ) | |
| _____ ) | Case No. CV 23-00565 JAO-BMK _____ |
| *Plaintiff* ) | |
| v. ) | |
| MAUI ELECTRIC COMPANY, LIMITED et al., ) | |
| _____ ) | |
| *Defendant* ) | |
| _____ ) | |

## MOTION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| | |
|---|---|
| Name of Attorney: | Ed Diab |
| Firm Name: | Diab Chambers LLP |
| Firm Address: | 10089 Willow Creek Rd., Suite 200, San Diego, CA 92131 |
| Attorney CM/ECF Primary email address: | ed@dcfirm.com |
| Firm Telephone: | 619.658.7010       Firm Fax: 619.393.0656 |
| Party Represented: | Plaintiff, COUNTY OF MAUI |
| Name/Address of Local Counsel | Cronin, Fried, Sekiya, Kekina & Fairbanks L. Richard Fried, Jr. Esq., Patrick F. McTernan Esq. 841 Bishop Street, Suite 600, Honolulu, Hawai'i 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

12/14/23 _____ _____ *PATRICK F McTERNAN*
Dated: _____       Signature* _____       (Print name if original signature)

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.