IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| COUNTY OF MAUI | ) | Case. No. CV 23-00565 JAO-BMK |
| | ) | |
| | ) | ORDER GRANTING MOTION TO |
| Plaintiff, | ) | APPEAR PRO HAC VICE AS TO |
| | ) | Robert J. Chambers II |
| vs. | ) | |
| | ) | |
| MAUI ELECTRIC COMPANY, LIMITED et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Robert J. Chambers II to Appear Pro Hac Vice.

| Name of Attorney: | Robert J. Chambers II |
|---|---|
| Firm Name: | Diab Chambers LLP |
| Firm Address: | 10089 Willow Creek Rd., Suite 200, San Diego, CA 92131 |
| Attorney CM/ECF Primary email address: | rob@dcfirm.com |
| Firm Telephone: | 619.658.7010 |
| Party Represented | Plaintiff, COUNTY OF MAUI |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, _____