IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| COUNTY OF MAUI | ) | Case. No. CV 23-00565 JAO-BMK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO John P. Fiske |
| vs. | ) | |
| MAUI ELECTRIC COMPANY, LIMITED et al., | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of John P. Fiske to Appear Pro Hac Vice.

| Name of Attorney: | John P. Fiske |
|---|---|
| Firm Name: | Baron & Budd, P.C. |
| Firm Address: | 11440 W Bernardo Ct Suite 265, San Diego, CA 92127 |
| Attorney CM/ECF Primary email address: | jfiske@baronbudd.com |
| Firm Telephone: | (858) 225-7200 |
| Party Represented | Plaintiff, COUNTY OF MAUI |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 15, 2023



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge