IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COUNTY OF MAUI<br><br>Plaintiff,<br><br>vs.<br><br>MAUI ELECTRIC COMPANY, LIMITED et al.,<br><br>Defendant. | Case. No. CV 23-00565 JAO-BMK<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO<br>Robert J. Chambers II |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Robert J. Chambers II to Appear Pro Hac Vice.

| Name of Attorney: | Robert J. Chambers II |
|---|---|
| Firm Name: | Diab Chambers LLP |
| Firm Address: | 10089 Willow Creek Rd., Suite 200, San Diego, CA 92131 |
| Attorney CM/ECF Primary email address: | rob@dcfirm.com |
| Firm Telephone: | 619.658.7010 |
| Party Represented | Plaintiff, COUNTY OF MAUI |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 15, 2023



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge